UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br>    *Plaintiff*,<br><br>v.<br><br>HOLLY L. MOORE and<br>JEFFREY H. SIMPSON,<br>    *Defendants* | §<br>§<br>§<br>§<br>§    Case No. 4:22-CV-00340-ALM<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant Jeffrey H. Simpson ("Simpson") appeals to the United States Court of Appeals for the Fifth Circuit from the *Memorandum Opinion and Order* dated May 31, 2023 (Doc. 35) and the *Memorandum Opinion and Order* dated June 20, 2023 (Doc. 40) (collectively, "*Orders*") and all other rulings, orders, and decisions of the Court that are adverse to Simpson and that merged into and/or a part of the *Orders*.

    Respectfully submitted,

By: */s/ Mark A, Ticer*
    Mark A. Ticer
    mticer@ticerlaw.com
    State Bar #20018900
    Jennifer Weber Johnson
    jjohnson@ticerlaw.com
    State Bar #24060029

**LAW OFFICE OF MARK A. TICER**
10440 N. Central Expressway, Suite 600
Dallas, Texas 75231
(214) 219-4220
(214) 219-4218 (FAX)

*ATTORNEYS FOR DEFENDANT*
*JEFFREY H. SIMPSON*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system to all counsel of record on this the 21st day of June 2023.

      */s/ Mark A. Ticer*
      Mark A. Ticer