Case 4:22-cv-00340-ALM Document 51 Filed 07/06/23 Page 1 of 1 PageID #: 2389
Case: 23-40375   Document: 00516811559   Page: 1   Date Filed: 07/05/2023

# United States Court of Appeals
## for the Fifth Circuit

---

No. 23-40375

---

Transamerica Life Insurance Company,

*Plaintiff—Appellee*,

*versus*

Jeffrey H. Simpson,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:22-CV-340

_____

UNPUBLISHED ORDER

Before Haynes, Engelhardt, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellant's unopposed motion to stay the order of the district court final judgment dated May 31, 2023, document number 36, is GRANTED.